IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

RAYMOND DANIEL DENT, )
)
    Plaintiff, )
)
v. ) CASE NO. CV408-144
)
JAMES D. SNIDER, JEFF DAVIS, )
and DALE ASPINWALD )
)
    Defendant. )
)

# ORDER

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 8), to which no objections have been filed. After a careful de novo review, the Court concurs with the Magistrate Judge's Report and Recommendation. Accordingly, the Report and Recommendation is **ADOPTED** as the Opinion of this Court. Judge Aspinwald is **DISMISSED**. With respect to the remaining Defendants, this case is **STAYED**. Plaintiff is **ORDERED** to update this Court on the progress of his state case every six months.

SO ORDERED this 1ST day of April, 2009.

WILLIAM T. MOORE, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA