# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF GEORGIA

# SAVANNAH DIVISION

RAYMOND DANIEL DENT,     )
                              )
      Plaintiff,          )
                              )
v.                             )      Case No.   CV408-144
                              )
JAMES D. SNIDER and JEFF DAVIS, )
                              )
      Defendants.       )

## REPORT AND RECOMMENDATION

On April 1, 2009, the Court stayed Raymond Dent's 42 U.S.C. § 1983 civil rights case pending the completion of his state criminal proceedings on appeal. (Doc. 8 at 5; doc. 11.) It instructed Dent to update the Court on the status of his case every six months. (Doc. 8 at 5.) He submitted an update on August 31, 2009 stating that he had entered a plea of guilty to the charges. (Doc. 12.)

Dent alleged in his complaint that Detectives Snider and Davis deliberately withheld discoverable evidence in his state criminal prosecution for armed robbery, resulting in an "unlawful prosecution." (Doc. 1 at 5-6.) At its core, he raised a malicious prosecution claim. Indeed, as relief, he asked the Court for "compensation for this malicious

prosecution." (*Id.*) Since Dent has now been convicted, his claim is barred.

An element of the tort of malicious prosecution is the termination of the criminal proceedings in the plaintiff's favor. *Wallace v. Kato*, 549 U.S. 384, 392 (2007); *Heck v. Humphrey*, 512 U.S. 477, 484 (1994). Since Dent's conviction has not been reversed on direct appeal, set aside on habeas review, or otherwise expunged or declared invalid, his malicious prosecution claim has yet to accrue and therefore "is not cognizable under § 1983." *Heck*, 512 U.S. at 486-87; *id.* at 486 ("civil tort actions are not appropriate vehicles for challenging the validity of outstanding criminal judgments"); *see, e.g., Rogers v. Adams,* 103 F. App'x 63, 64 (8th Cir. 2004) (applying *Heck*); *Salas v. Pierce*, 297 F. App'x 874, 876 (11th Cir. 2008) (same). Accordingly, this case should be **DISMISSED** without prejudice.

**SO REPORTED AND RECOMMENDED** this ___6th___ day of April, 2010.

<span style="text-align:right">UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT of GEORGIA</span>