IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

RAYMOND DANIEL DENT,

    Plaintiff,

v.

JAMES D. SNIDER and JEFF DAVIS,

    Defendants.

CASE NO. CV408-144

### O R D E R

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 13), to which no objections have been filed. After a careful de novo review, the Court concurs with the Magistrate Judge's Report and Recommendation. Therefore, the Court **ADOPTS** the same as its Opinion. Accordingly, this case is **DISMISSED**. The **Clerk of Court** is **DIRECTED** to **close this case**.

SO ORDERED this 26th day of April, 2010.

WILLIAM T. MOORE, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA